IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:20-CV-021 |
| 2.749 ACRES OF LAND, MORE OR LESS, SITUATE IN HIDALGO COUNTY, STATE OF TEXAS; AND HELEN CATHERINE HARDWICKE ET AL., | § § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, United States of America, by and through Ryan K. Patrick, United States Attorney, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. United States of America, Plaintiff.

2. Helen Catherine Hardwicke
    Austin, TX 78705

3. Alexandra Elizabeth Hardwicke.;
    Austin, TX 78731

4. Mary Irene Hardwicke Olivieri
    Tucson, AZ, 85743

5. James Bennett Hardwicke
    McAllen, TX 78502

6. Richard Bruce Hardwicke
    McAllen, TX 78502

7. Sally Ann Hardwicke Brace
    McAllen, TX 78502

8. John B. Hardwicke VI
    Los Angeles, CA 90036

9. John B. Hardwicke, Co.
    McAllen, TX 78502

10. Neuhaus & Sons
    Wescalo, TX 78599

11. Hidalgo County Tax Assessor
    Edinburg, TX 78539

                                        Respectfully submitted,
                                        RYAN K. PATRICK
                                        United States Attorney

BY:   **s/** *Hilda M. Garcia Concepcion*
         **HILDA M. GARCIA CONCEPCION**
         Assistant United States Attorney
         Southern District of Texas No.3399716
         Puerto Rico Bar No. 15494
         1701 W. Bus. Highway 83, Suite 600
         McAllen, TX 78501
         Telephone:  (956) 618-8004
         Facsimile:  (956) 618-8016
         E-mail: Hilda.Garcia.Concepcion@usdoj.gov
         Attorney-In-Charge for Plaintiff

## CERTIFICATE OF SERVICE

    I, Hilda M. Garcia Concepcion, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on this 11*th* day of February, 2020, a copy of the foregoing was served on the following parties in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---|
| Helen Catherine Hardwicke<br>Austin, TX 78705 | USPS 1*st* Class |
| Alexandra Elizabeth Hardwicke<br>Austin, TX 78731 | USPS 1*st* Class |
| Mary Irene Hardwicke Olivieri<br>Tucson, AZ, 85743 | USPS 1*st* Class |
| James Bennett Hardwicke<br>McAllen, TX 78502 | USPS 1*st* Class |
| Richard Bruce Hardwick<br>McAllen, TX 78502 | USPS 1*st* Class |
| Sally Ann Hardwicke Brace<br>McAllen, TX 78502 | USPS 1*st* Class |
| John B. Hardwicke VI<br>Los Angeles, CA 90036 | USPS 1*st* Class |
| <u>John B. Hardwicke, Co.</u><br>McAllen, TX 78502 | USPS 1*st* Class |
| <u>Neuhaus & Sons</u><br>Wescalo, TX 78599 | USPS 1*st* Class |

                By:   *s/ Hilda M. Garcia Concepcion*
                          **HILDA M. GARCIA CONCEPCION**
                          Assistant United States Attorney