IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br> Plaintiff,<br><br>v.<br><br>2.749 ACRES OF LAND, MORE OR LESS,<br>SITUATED IN HIDALGO COUNTY,<br>STATE OF TEXAS; AND HELEN<br>CATHERINE HARDWICKE ET AL.,<br> Defendants. | § § § § § § § § § § | CASE NO. 7:20-CV.-00021 |

### NEUHAUS & SONS, LLC'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, **Neuhaus & Sons, LLC** and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Neuhaus & Sons, LLC; and

2. Lance Neuhaus, owner of Neuhaus & Sons, LLC.

    Respectfully submitted,

    JONES, GALLIGAN, KEY & LOZANO, L.L.P.

By: _____
   LANCE A. KIRBY
   Texas State Bar No. 00794096
   Fed. ID No. 21811
   2300 W. Pike Blvd., Ste. 300
   Weslaco, Texas 78596
   (956) 968-5402
   (956) 969-9402 Fax
   lakirby@jgkl.com

*Attorney in Charge for Defendant,*
*Neuhaus & Sons, LLC*

CERTIFICATE OF SERVICE

I certify that on February 18, 2020, a copy of the foregoing was electronically filed using the CM/ECF system, which will automatically serve a Notice of Filing on the following attorneys:

Hilda M. Garcia Concepcion
Assistant United States Attorney
1701 W. Bus. Highway 83, Suite 600
McAllen, Texas 78501

_____
LANCE A. KIRBY